UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SELECT PAINTING & DRYWALL COMPANY | § | Case No. 12-80242 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 26, 2012. The undersigned trustee was appointed on March 30, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         24,935.76

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,927.00 |
| Bank service fees | 551.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 21,457.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2012 and the deadline for filing governmental claims was 07/24/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,243.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,243.58, for a total compensation of $3,243.58.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.37, for total expenses of $26.37.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2013         By: /s/MEGAN G. HEEG
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/26/12 (f)  
**§341(a) Meeting Date:** 04/30/12  

**Period Ending:** 08/16/13  
**Claims Bar Date:** 08/08/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase Bank - checking<br>Orig. Asset Memo: Orig. Description: Chase Bank - checking - Negative balance | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Landlord - security deposit<br>Orig. Asset Memo: Orig. Description: Landlord - security deposit | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable<br>Tri-North Builders A/R  [Note to file, split out A/R into 3 separate assets --this asset and assets 9 and 10) | 31,201.25 | 7,143.48 | | 7,143.48 | FA |
| 4 | 2 desks, 1 computer, 2 file cabinets, phone syst<br>Orig. Asset Memo: Orig. Description: 2 desks, 1 computer, 2 file cabinets, phone system | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 2 paint sprayers, ladders, scaffolding, drop clo<br>Orig. Asset Memo: Orig. Description: 2 paint sprayers, ladders, scaffolding, drop cloths, brushes & rollers, misc paints & materials | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Misc bolts, screws, and drywall fasteners<br>Orig. Asset Memo: Orig. Description: Misc bolts, screws, and drywall fasteners | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Steel framing members<br>Orig. Asset Memo: Orig. Description: Steel framing members | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Nicor Security Deposit refund  (u) | 0.00 | 32.71 | | 32.71 | FA |
| 9 | Accounts Receivable<br>Osman Construction (originally disclosed as part of asset 3) | 0.00 | 13,009.97 | | 13,009.97 | FA |
| 10 | Accounts Receivable<br>Ringland-Johnson (originally disclosed as part of asset 3) | 0.00 | 4,749.60 | | 4,749.60 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $33,751.25 | $24,935.76 | | $24,935.76 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-80242 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | SELECT PAINTING & DRYWALL COMPANY | Filed (f) or Converted (c): | 01/26/12 (f) |
| | | §341(a) Meeting Date: | 04/30/12 |
| Period Ending: | 08/16/13 | Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): January 30, 2013   Current Projected Date Of Final Report (TFR): August 16, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-80242 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | SELECT PAINTING & DRYWALL COMPANY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******00-65 - Checking Account |
| Taxpayer ID #: | **-***6069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/16/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/12 | {8} | Nicor | Return of deposit | 1290-000 | 32.71 | | 32.71 |
| 05/01/12 | {3} | Tri-North Builders | A/R collection | 1121-000 | 7,143.48 | | 7,176.19 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,151.19 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,126.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,101.19 |
| 08/27/12 | {10} | Ringland-Johnson Construction Company | Accounts receivable collection | 1121-000 | 4,749.60 | | 11,850.79 |
| 08/29/12 | {9} | Osman Construction Company | Accounts receivable collection | 1121-000 | 13,009.97 | | 24,860.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,835.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.49 | 24,788.27 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.87 | 24,732.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.67 | 24,681.73 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.89 | 24,632.84 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 24,632.84 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 24,935.76 | 24,935.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 24,632.84 | |
| Subtotal | 24,935.76 | 302.92 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $24,935.76 | $302.92 | |

{} Asset reference(s)

Printed: 08/16/2013 10:14 AM  V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-80242 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | SELECT PAINTING & DRYWALL COMPANY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****156365 - Checking Account |
| Taxpayer ID #: | **-***6069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/16/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,632.84 | | 24,632.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 24,595.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.01 | 24,562.05 |
| 03/14/13 | 11001 | Internal Department of Revenue | State of IL income taxes | 2820-000 | | 311.00 | 24,251.05 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.10 | 24,216.95 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.15 | 24,179.80 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.93 | 24,143.87 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.41 | 24,111.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.14 | 24,073.32 |
| 08/08/13 | 11002 | Carl C. Swanson, CPA | accountant fees per court order dated 7/24/13 | 3410-000 | | 2,616.00 | 21,457.32 |
| | | | ACCOUNT TOTALS | | 24,632.84 | 3,175.52 | $21,457.32 |
| | | | Less: Bank Transfers | | 24,632.84 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,175.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,175.52 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******00-65 | 24,935.76 | 302.92 | 0.00 |
| Checking # ****156365 | 0.00 | 3,175.52 | 21,457.32 |
| | $24,935.76 | $3,478.44 | $21,457.32 |

{} Asset reference(s)

Printed: 08/16/2013 10:14 AM    V.13.13

# Claims Proposed Distribution

Case:    SELECT PAINTING & DRYWALL COMPANY

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $21,457.32 | | Total Proposed Payment: | $21,457.32 | | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 565.75 | 565.75 | 0.00 | 565.75 | 565.75 | 20,891.57 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 3,431.25 | 3,431.25 | 0.00 | 3,431.25 | 3,431.25 | 17,460.32 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 26.37 | 26.37 | 0.00 | 26.37 | 26.37 | 17,433.95 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 3,243.58 | 3,243.58 | 0.00 | 3,243.58 | 3,243.58 | 14,190.37 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| 32P | District Council No. 30 Int'l Union | Priority | 2,672.49 | 2,672.49 | 0.00 | 2,672.49 | 2,672.49 | 11,517.88 |
| 18P | Chicago Regional Council of Carpenters | Priority | 22,540.27 | 22,540.27 | 0.00 | 22,540.27 | 3,385.06 | 8,132.82 |
| | Claim Memo: ------------------------------------------------------------------ | | | | | | | |
| | Schedule E Account: X1058 | | | | | | | |
| 22 | Contruction Industry Welfare & | Priority | 1,535.32 | 1,535.32 | 0.00 | 1,535.32 | 230.58 | 7,902.24 |
| 24P | Chicago Painters and Decorators Fringe Benefit Fun | Priority | 20,043.54 | 20,043.54 | 0.00 | 20,043.54 | 3,010.09 | 4,892.15 |
| 27P | Painters' District Council No.30 | Priority | 14,977.83 | 14,977.83 | 0.00 | 14,977.83 | 2,249.34 | 2,642.81 |
| 28P | Painters' District Council No.30 | Priority | 13,722.70 | 13,722.70 | 0.00 | 13,722.70 | 2,060.84 | 581.97 |
| 29P | PDC No. 30 Joint Apprenticeship and Training Fund | Priority | 1,943.12 | 1,943.12 | 0.00 | 1,943.12 | 291.81 | 290.16 |
| 30P | PDC No. 30 Labor Mgmt Industry Developmt Fund | Priority | 753.07 | 753.07 | 0.00 | 753.07 | 113.09 | 177.07 |
| 31P | I.U.P.A.T. Labor Management Fund | Priority | 167.36 | 167.36 | 0.00 | 167.36 | 25.13 | 151.94 |
| 33P | Northern Illinois Painting and Drywall Institute | Priority | 1,011.76 | 1,011.76 | 0.00 | 1,011.76 | 151.94 | 0.00 |

# Claims Proposed Distribution

Case:   **SELECT PAINTING & DRYWALL COMPANY**

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $21,457.32 | Total Proposed Payment: | $21,457.32 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 12-80242 : | | $86,634.41 | $86,634.41 | $0.00 | $86,634.41 | $21,457.32 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $7,266.95 | $7,266.95 | $0.00 | $7,266.95 | 100.000000% |
| Total Priority Claims : | $79,367.46 | $79,367.46 | $0.00 | $14,190.37 | 17.879330% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80242
Case Name: SELECT PAINTING & DRYWALL COMPANY
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 21,457.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,457.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,243.58 | 0.00 | 3,243.58 |
| Trustee, Expenses - MEGAN G. HEEG | 26.37 | 0.00 | 26.37 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,431.25 | 0.00 | 3,431.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 565.75 | 0.00 | 565.75 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,616.00 | 2,616.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 7,266.95
Remaining balance: $ 14,190.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,190.37

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above that may be allowed by the Court, priority claims totaling $233,820.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: *see attached

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 32,517.34 | 0.00 | 0.00 |
| 2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 3 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 5 | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 6 | Iowa Department of Revenue | 0.00 | 0.00 | 0.00 |
| 7 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 8 | Iowa Department of Unemployment | 17,045.40 | 0.00 | 0.00 |
| 9 | Indiana Department of Workforce | 36.46 | 0.00 | 0.00 |
| 10 | Wisconsin Department of Workforce | 0.00 | 0.00 | 0.00 |
| 14P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 14P-2 | Department of the Treasury | 83,038.00 | 0.00 | 0.00 |
| 15P | Illinois Department of Revenue Bankruptcy Section | 7,781.36 | 0.00 | 0.00 |
| 17 | State of Wisconsin, DWD | 1,064.57 | 0.00 | 0.00 |
| 18P | Chicago Regional Council of Carpenters | 22,540.27 | 0.00 | 3,385.06 |
| 19 | Iowa Department of Revenue | 0.00 | 0.00 | 0.00 |
| 19-2 | Iowa Department of Revenue | 10,513.57 | 0.00 | 0.00 |
| 22 | Contruction Industry Welfare & | 1,535.32 | 0.00 | 230.58 |
| 24P | Chicago Painters and Decorators Fringe Benefit Fun | 20,043.54 | 0.00 | 3,010.09 |
| 27P | Painters' District Council No.30 | 14,977.83 | 0.00 | 2,249.34 |
| 28P | Painters' District Council No.30 | 13,722.70 | 0.00 | 2,060.84 |
| 29P | PDC No. 30 Joint Apprenticeship and Training Fund | 1,943.12 | 0.00 | 291.81 |
| 30P | PDC No. 30 Labor Mgmt Industry Developmt Fund | 753.07 | 0.00 | 113.09 |
| 31P | I.U.P.A.T. Labor Management Fund | 167.36 | 0.00 | 25.13 |
| 32P | District Council No. 30 Int'l Union | 2,672.49 | 0.00 | 2,672.49 |
| 33P | Northern Illinois Painting and Drywall Institute | 1,011.76 | 0.00 | 151.94 |
| 34 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

\* Claims 2 through 7 and Claim 10 were disallowed pursuant to court order. Claim 32P is an allowed priority claim under 11 USC §507(a)(4), and is being paid in full. Claims 18P, 22, 24P, 27P, 28P, 29P, 30P, 31P and 33P, are allowed priority claims under 11 USC § 507(a)(5), and these claims will be paid pro rata. The remaining priority claims – Claims 1, 8, 9, 14P-2, 15P, 17, 19-2, 34P-2, and 35P – are allowed priority claims under 11 USC §507(a)(8), however these claims will not receive a distribution because the higher priority claims will not be paid in full.

| | | | | |
|---|---|---|---|---|
| 34P-2 | Illinois Department of Revenue Bankruptcy Section | 895.65 | 0.00 | 0.00 |
| 35P | Wisconsin Department of Revenue | 1,560.65 | 0.00 | 0.00 |

Total to be paid for priority claims:     $    14,190.37
Remaining balance:                        $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,626.37 have been `filed` and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely general (unsecured) claims are as follows:

| Claim No | Claimant | Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Reinke Gypsum Supply Co., Inc. | 497.64 | 0.00 | 0.00 |
| 12 | Reinke Gypsum Supply Co., Inc. | 841.58 | 0.00 | 0.00 |
| 13 | Pro Fastening Systems, Inc. | 1,166.67 | 0.00 | 0.00 |
| 14U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 14U-2 | Department of the Treasury | 14,981.32 | 0.00 | 0.00 |
| 15U | Illinois Department of Revenue Bankruptcy Section | 876.84 | 0.00 | 0.00 |
| 16 | American Express Bank, FSB | 1,628.52 | 0.00 | 0.00 |
| 18U | Chicago Regional Council of Carpenters | 16,572.93 | 0.00 | 0.00 |
| 20 | GreenSky Trade Credit LLC | 4,130.19 | 0.00 | 0.00 |
| 21 | GreenSky Trade Credit LLC | 1,372.73 | 0.00 | 0.00 |
| 23 | Platte River Insurance Company | 10,079.89 | 0.00 | 0.00 |
| 24U | Chicago Painters and Decorators Fringe Benefit Fun | 36,924.51 | 0.00 | 0.00 |
| 25 | Central Illinois Carpenters Health & Welfare Trust | 9,096.05 | 0.00 | 0.00 |
| 26 | Cavanagh & O'Hara LLP | 18,930.27 | 0.00 | 0.00 |
| 27U | Painters' District Council No.30 | 11,784.83 | 0.00 | 0.00 |
| 28U | Painters' District Council No.30 | 3,814.24 | 0.00 | 0.00 |
| 29U | PDC No. 30 Joint Apprenticeship and Training Fund | 1,087.14 | 0.00 | 0.00 |
| 30U | PDC No. 30 Labor Mgmt Industry Developmt Fund | 490.81 | 0.00 | 0.00 |
| 31U | I.U.P.A.T. Labor Management Fund | 104.25 | 0.00 | 0.00 |
| 32U | District Council No. 30 Int'l Union | 1,618.53 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 846.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34U-2 | Illinois Department of Revenue Bankruptcy Section | 119.56 | 0.00 | 0.00 |
| 35U | Wisconsin Department of Revenue | 726.85 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**