UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SELECT PAINTING & DRYWALL COMPANY | § | Case No. 12-80242 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/02/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/16/2013      By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: SELECT PAINTING & DRYWALL COMPANY   § Case No. 12-80242
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 24,935.76 |
| *and approved disbursements of* | $ 3,478.44 |
| *leaving a balance on hand of* [1] | $ 21,457.32 |
| **Balance on hand:** | $ 21,457.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,457.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - MEGAN G. HEEG | 3,243.58 | 0.00 | 3,243.58 |
| Trustee, Expenses - MEGAN G. HEEG | 26.37 | 0.00 | 26.37 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,431.25 | 0.00 | 3,431.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 565.75 | 0.00 | 565.75 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,616.00 | 2,616.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 7,266.95 |
| Remaining balance: | $ 14,190.37 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,190.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $233,820.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 32,517.34 | 0.00 | 0.00 |
| 2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 3 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 5 | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 6 | Iowa Department of Revenue | 0.00 | 0.00 | 0.00 |
| 7 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 8 | Iowa Department of Unemployment | 17,045.40 | 0.00 | 0.00 |
| 9 | Indiana Department of Workforce | 36.46 | 0.00 | 0.00 |
| 10 | Wisconsin Department of Workforce | 0.00 | 0.00 | 0.00 |
| 14P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 14P-2 | Department of the Treasury | 83,038.00 | 0.00 | 0.00 |
| 15P | Illinois Department of Revenue Bankruptcy Section | 7,781.36 | 0.00 | 0.00 |
| 17 | State of Wisconsin, DWD | 1,064.57 | 0.00 | 0.00 |
| 18P | Chicago Regional Council of Carpenters | 22,540.27 | 0.00 | 3,385.06 |
| 19 | Iowa Department of Revenue | 0.00 | 0.00 | 0.00 |
| 19 -2 | Iowa Department of Revenue | 10,513.57 | 0.00 | 0.00 |
| 22 | Contruction Industry Welfare & | 1,535.32 | 0.00 | 230.58 |
| 24P | Chicago Painters and Decorators Fringe Benefit Fun | 20,043.54 | 0.00 | 3,010.09 |
| 27P | Painters' District Council No.30 | 14,977.83 | 0.00 | 2,249.34 |
| 28P | Painters' District Council No.30 | 13,722.70 | 0.00 | 2,060.84 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Amount | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29P | PDC No. 30 Joint Apprenticeship and Training Fund | | 0.00 | 291.81 |
| 30P | PDC No. 30 Labor Mgmt Industry Developmt Fund | 753.07 | 0.00 | 113.09 |
| 31P | I.U.P.A.T. Labor Management Fund | 167.36 | 0.00 | 25.13 |
| 32P | District Council No. 30 Int'l Union | 2,672.49 | 0.00 | 2,672.49 |
| 33P | Northern Illinois Painting and Drywall Institute | 1,011.76 | 0.00 | 151.94 |
| 34 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 34P-2 | Illinois Department of Revenue Bankruptcy Section | 895.66 | 0.00 | 0.00 |
| 35P | Wisconsin Department of Revenue | 1,560.65 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 14,190.37
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,626.37 have been filed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely general (unsecured) claims are as follows:

| Claim No | Claimant | Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Reinke Gypsum Supply Co., Inc. | 497.64 | 0.00 | 0.00 |
| 12 | Reinke Gypsum Supply Co., Inc. | 841.58 | 0.00 | 0.00 |
| 13 | Pro Fastening Systems, Inc. | 1,166.67 | 0.00 | 0.00 |
| 14U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 14U-2 | Department of the Treasury | 14,981.32 | 0.00 | 0.00 |
| 15U | Illinois Department of Revenue Bankruptcy Section | 876.84 | 0.00 | 0.00 |
| 16 | American Express Bank, FSB | 1,628.52 | 0.00 | 0.00 |
| 18U | Chicago Regional Council of Carpenters | 16,572.93 | 0.00 | 0.00 |
| 20 | GreenSky Trade Credit LLC | 4,130.19 | 0.00 | 0.00 |
| 21 | GreenSky Trade Credit LLC | 1,372.73 | 0.00 | 0.00 |
| 23 | Platte River Insurance Company | 10,079.89 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 24U | Chicago Painters and Decorators Fringe Benefit Fun | | 0.00 | 0.00 |
| 25 | Central Illinois Carpenters Health & Welfare Trust | 9,096.05 | 0.00 | 0.00 |
| 26 | Cavanagh & O'Hara LLP | 18,930.27 | 0.00 | 0.00 |
| 27U | Painters' District Council No.30 | 11,784.83 | 0.00 | 0.00 |
| 28U | Painters' District Council No.30 | 3,814.24 | 0.00 | 0.00 |
| 29U | PDC No. 30 Joint Apprenticeship and Training Fund | 1,087.14 | 0.00 | 0.00 |
| 30U | PDC No. 30 Labor Mgmt Industry Developmt Fund | 490.81 | 0.00 | 0.00 |
| 31U | I.U.P.A.T. Labor Management Fund | 104.25 | 0.00 | 0.00 |
| 32U | District Council No. 30 Int'l Union | 1,618.53 | 0.00 | 0.00 |
| 33U | Northern Illinois Painting and Drywall Institute | 627.43 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 846.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34U-2 | Illinois Department of Revenue Bankruptcy Section | 119.56 | 0.00 | 0.00 |
| 35U | Wisconsin Department of Revenue | 726.85 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                    Case No. 12-80242-TML
Select Painting & Drywall Company                                         Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-3           User: lorsmith              Page 1 of 3                  Date Rcvd: Sep 04, 2013
                               Form ID: pdf006             Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2013.
db             #+Select Painting & Drywall Company,    10407 N. IL RT. 47,   Huntley, IL 60142-9537
18605418        ADT Security Services,    PO Box 631877,   Irving, TX 75063-0030
18605423       +AT&T,   Bankruptcy Department,    6021 S. Rio Grande Avenue,   Orlando, FL 32809-4613
18605424        AT&T Mobility,    PO Box 1829,   Alpharetta, GA 30023-1829
18605419       +Aerial Work Platforms, Inc.,    W230N6080 Hi Tech Drive,   Sussex, WI 53089-3994
18605420        American Express,    Customer Service,   PO Box 981535,   El Paso, TX 79998-1535
18474080        American Express Bank FSB,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
18605421       +American Marketing & Publishing,    PO Box 982,   DeKalb, IL 60115-0982
18605422       +Ames Drywall Finishing Tools,    PO Box 100029,   Duluth, GA 30096-9429
18605425       #Attorney Thomas J. Angell,    Jacobs, Burns, Orlove & Hernandez,
                 122 S. Michigan Avenue, Suite 1720,    Chicago, IL 60603-6145
18605426       +B&L Blueprint,    61 Monaco Drive,   Roselle, IL 60172-1990
18605428       +BHFX Digital Imaging,    80 W. Seegers Road,   Arlington Heights, IL 60005-3917
18605427       +Badgerland Supply Inc.,    PO Box 259066,   Madison, WI 53725-9066
18605429       +Capital Insurance Companies,    1600 Aspen Commons,   Middleton, WI 53562-4718
18605430        Capital One,   Bankruptcy Department,    PO Box 85167,   Richmond, VA 23285-5167
18605431       +Carpenters Fringe Benefit Funds,    c/o Eastern Iowa Fringe Benefit,   PO Box 2304,
                 Cedar Rapids, IA 52406-2304
18605432        Carpenters Pension and Retirement,    Savings Funds of Illinois,   PO Box 4001,
                 Geneva, IL 60134-4001
18605433       +Cavanagh & O’Hara LLP,    Attn: John Leahy,   407 E. Adams Street,   Springfield, IL 62701-1404
19269734       +Central Illinois Carpenters Health & Welfare Trust,    c/o Cavanagh & O’Hara LLP,
                 407 E. Adams Street,    Springfield, IL 62701-1404
19236202       +Chicago Painters and Decorators Fringe Benefit Fun,    c/o Gregory W. Hose, Arnold and Kadjan,
                 203 N. LaSalle Street, Suite 1650,    Chicago, IL 60601-1257
19034255       +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,   Scalambrino & Arnoff, LLP,
                 One North LaSalle Street, Suite 1600,    Chicago, Illinois 60602-3935
18605435        Construction Industry Funds,    PO Box 71031,   Chicago, IL 60694-1031
19121934       +Contruction Industry Welfare &,    Retirement Funds of Rockford Il.,   c/o Jim Schreiber,
                 6525 Centurion Drive,    Lansing MI 48917-9275
18605436       +DeHaan & Bach,    25 Whitney Drive, Suite 106,   PO Box 929,   Milford, OH 45150-0929
19288899       +District Council No. 30 Int’l Union,    of Painters and Allied Trades,   Thomas J. Angell,
                 122 S. Michigan Ave., Suite 1720,    Chicago, IL 60603-6145
18605438        FedEx,   PO Box 94515,    Palatine, IL 60094-4515
18605439       +Five River Carpenters Funds,    1831 16th Avenue S.W.,   Cedar Rapids, IA 52404-1755
18605441       +Frank S Dunbar,    9694 Fairfield Road,   Huntley, IL 60142-2422
18605440       +Frank S and Tammy M Dunbar,    9694 Fairfield Road,   Huntley, IL 60142-2422
18605443        Hinkley Springs,    PO Box 660579,   Dallas, TX 75266-0579
18605444        Hinshaw & Culbertson, LLP,    8142 Solutions Center Drive,   Chicago, IL 60677-8001
18605445       +Home Depot Credit Services,    Dept 32-2533242065,   P.O. Box 183176,   Columbus, OH 43218-3176
19288809       +I.U.P.A.T. Labor Management Fund,    Thomas J. Angell,   122 S. Michigan Ave., Suite 1720,
                 Chicago, IL 60603-6145
18605446       +IDES,   Collections Section,    33 S. State Street, 10th Floor,   Chicago, IL 60603-2804
18832022        Illinois Department of Employment Security,    Northern Region,   260 E. Indian Trail Road,
                 Aurora, IL 60505-1733
18698046        Illinois Department of Employment Security,    33 South State St 10th Flr Bankruptcy Un,
                 Chicago, Illinois 60603,    Attn. Amelia Yabes
18605536        Illinois Department of Revenue,    Bankruptcy Section,   P O Box 64338,   Chicago IL 60664-0338
18605447       +Illinois Department of Revenue,    200 S. Wyman - #306,   Rockford, IL 61101-1237
18926895        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18605448       +Indiana Dept of Workforce,    10 N. Senate Avenue,   Indianapolis, IN 46204-2277
18605449        Iowa Department of Revenue,    PO Box 10471,   Des Moines, IA 50306-0471
18832046        Iowa Department of Unemployment,    1000 E. Grand Avenue,   Des Moines, IA  50319-0209
18605450       +Iowa Dept of Unemployment,    100 E. Grand Avenue,   Des Moines, IA 50309-1829
18605537       +J & H Storage,    N5574 Covered Bridge Road,   Wild Rose WI 54984-9163
18605451        J.C. Licht/Epco,    24196 Network Place,   Chicago, IL 60673-1241
18605453       +JHP Drywall Scrapping,    220 Highbury Drive,   Elgin, IL 60120-4561
18605452       +James R. Johnson,    198 Foxmoor Road,   Fox River Grove, IL 60021-1867
18605454       +Just Rite Acoustics, Inc.,    1501 Estes Avenue,   Elk Grove Village, IL 60007-5407
18605456       +LTD Commodities,    PO Box 296,   Northbrook, IL 60065-0296
18605455       +Law Office of James T. Moczydlowski,    1333 College Avenue,   Suite K,
                 South Milwaukee, WI 53172-1150
18605457       +McKee Printing,    2031 Carlisle Street,   Algonquin, IL 60102-4127
19288903       +Northern Illinois Painting and Drywall Institute,    Thomas J. Angell,
                 122 S. Michigan Ave., Suite 1720,    Chicago, IL 60603-6145
19288639       +PDC No. 30 Joint Apprenticeship and Training Fund,    Thomas J. Angell,
                 122 S. Michigan Ave, Suite 1720,    Chicago, IL 60603-6145
19288653       +PDC No. 30 Labor Mgmt Industry Developmt Fund,    Thomas J. Angell,
                 122 S. Michigan Ave., Suite 1720,    Chicago, IL 60603-6145
18605459       +Painters District Council 30,    1905 Sequoia Drive,   Suite 201,   Aurora, IL 60506-1088
18408649       +Painters’ District Council No. 30 Apprenticeship &,    1905 Sequoia Drive,
                 Aurora , IL 60506-1088
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                  Date Rcvd: Sep 04, 2013
                              Form ID: pdf006             Total Noticed: 86


18408648     +Painters' District Council No. 30 Health & Welfare,    1905 Sequoia Drive,
               Aurora , IL 60506-1088
18408647     +Painters' District Council No. 30 Pension Fund,    1905 Sequoia Drive,    Aurora , IL 60506-1088
19292395     +Painters' District Council No.30,    Thomas J Angell; Jacob Burns,
               122 S. Michigan Ave., Suite 1720,    Chicago,Il 60603-6145
18605460      Platte River Insurance Company,    PO Box 5900,    Madison, WI 53705-0900
19183724     +Platte River Insurance Company,    C/O Jomax Recovery Services,    14100 N. 83rd Ave Ste 235,
               Peoria, AZ 85381-5662
18605461     +Pro Fastening Systems, Inc.,    44 E. University Drive,    Arlington Heights, IL 60004-1802
18605462     +Reed Construction Data,    30 Technology Pkwy South,    Suite 100,    Norcross, GA 30092-2925
18605463     +Reinke Gypsum Supply Co., Inc.,    1400 Sheldon Drive,    Elgin, IL 60120-8131
18915839     +Reinke Gypsum Supply Co., Inc.,    1400 Sheldon Drive,    Elgin, Illinois 60120-8131
18916711     +Reinke Gypsum Supply Co., Inc.,    Law Offices of Mark J. Rose,    200 W. Adams Street, Suite 2850,
               Chicago, IL 60606-5206
18915840     +Reinke Interior Supply Co.,    1400 Sheldon Drive,    Elgin, Illinois 60120-8131
18605464     +Reinke Interior Supply Co., Inc.,    545 E. Touhy Avenue,    Des Plaines, IL 60018-2609
18605465     +The Hartford,    Bond Dept.,    One Hartford Plaza T-4,    Hartford, CT 06155-0001
18605466      The Sherwin-Williams Co.,    Accounts Receivable Dept.,    132 N. Randall Road,
               Lake in the Hills, IL 60156-4471
18605467      Tnemec Company, Inc.,    6800 Corporate Drive,    Kansas City, MO 64120-1372
18605470     +Trustees of Chicago Painters Pens,    c/o Arnold and Kadjan,    203 N. LaSalle Street, Suite 1650,
               Chicago, IL 60601-1257
18605471      UPS,    PO Box 650580,    Dallas, TX 75265-0580
19968545      Wisconsin Department of Revenue,    Special Procedures Unit,    POB 8901,    Madison, WI 53708-8901
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18605535     +E-mail/Text: bankrup@aglresources.com Sep 05 2013 02:10:55     (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
18605434     +E-mail/Text: dmcanally@wmklaborlaw.com Sep 05 2013 02:18:39
               Chicago Regional Council Carpenters,    Welfare, Pension etc. Funds,    12 East Erie Street,
               Chicago, IL 60611-2789
18933271      E-mail/Text: cio.bncmail@irs.gov Sep 05 2013 02:07:09     Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18605442      E-mail/Text: jonna.schwalb@greenskycredit.com Sep 05 2013 02:18:08     GreenSky Trade Credit,
               PO Box 933614,    Atlanta, GA 31193-3614
19090889     +E-mail/Text: jonna.schwalb@greenskycredit.com Sep 05 2013 02:18:08     GreenSky Trade Credit LLC,
               1797 NE Expressway, Suite 100,    Atlanta, GA 30329-2451
18605437      E-mail/Text: cio.bncmail@irs.gov Sep 05 2013 02:07:09     Department of the Treasury,
               Internal Revenue Service,    Cincinnati, OH 45999-0039
18605458      E-mail/Text: bankrup@aglresources.com Sep 05 2013 02:10:55     Nicor Gas,    PO Box 0632,
               Aurora, IL 60507-0632
18993068     +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 05 2013 02:21:54
               State of Wisconsin, DWD,    POB 8914,    Madison, WI 53708-8914
18605468     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2013 02:23:49     Transworld Systems, Inc,
               507 Prudential Rd,    Horsham, PA 19044-2308
18605469     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2013 02:23:49     Transworld Systems, Inc.,
               Collection Agency,    1375 E. Woodfield Road, #110,    Schaumburg, IL 60173-5423
18605472      E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 05 2013 02:21:54
               Wisconsin Dept of Workforce,    Division of Unemployment Insurance,    PO Box 7945,
               Madison, WI 53707-7945
18605473      E-mail/Text: bankruptcy@wrightexpress.com Sep 05 2013 02:21:53     Wright Express Fleet Services,
               PO Box 6293,    Carol Stream, IL 60197-6293
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18975004*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18605538*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Department of the Treasury,    Internal Revenue Service,
               Cincinnati OH 45999-0039)
19962238*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
18832104*    +Indiana Department of Workforce,    10 N. Senate Avenue,    Indianapolis, IN 46204-2201
19288644*    +PDC No. 30 Joint Apprenticeship and Training Fund,    Thomas J. Angell,
               122 S. Michigan Ave., Suite 1720,    Chicago, IL 60603-6145
18832108*     Wisconsin Department of Workforce,    Division of Unemployment Insurance,    PO Box 7945,
               Madison, WI  53707-7945
                                                                                               TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3        User: lorsmith              Page 3 of 3             Date Rcvd: Sep 04, 2013
                            Form ID: pdf006             Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2013 at the address(es) listed below:

```
          Bernard J Natale    on behalf of Debtor    Select Painting & Drywall Company
           natalelaw@bjnatalelaw.com
          Carole J. Ryczek    on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Apprentice
           and Trainee Program Fund clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Welfare Fund
           clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Pension Fund
           clm@sacounsel.com
          Joseph D Olsen    on behalf of Petitioning Creditor    Painters' District Council No. 30 Pension
           Fund jolsenlaw@aol.com
          Joseph D Olsen    on behalf of Petitioning Creditor    Painters' District Council No. 30 Health &
           Welfare Fund jolsenlaw@aol.com
          Joseph D Olsen    on behalf of Petitioning Creditor    Painters' District Council No. 30
           Apprenticeship & Training Fund jolsenlaw@aol.com
          Megan G Heeg     heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    on behalf of Accountant Carl C Swanson heeg@egblc.com,  IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thomas J. Angell    on behalf of Petitioning Creditor    Painters' District Council No. 30
           Apprenticeship & Training Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Petitioning Creditor    Painters' District Council No. 30 Health &
           Welfare Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Petitioning Creditor    Painters' District Council No. 30 Pension
           Fund tangell@jbosh.com
                                                                                              TOTAL: 15
```