**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: SELECT PAINTING & DRYWALL COMPANY   §   Case No. 12-80242
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $2,550.00                  Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,190.37   Claims Discharged
                                              Without Payment: $366,655.83

Total Expenses of Administration: $10,745.39

3) Total gross receipts of $ 24,935.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $24,935.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,745.39 | 10,745.39 | 10,745.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 339,393.85 | 462,398.05 | 233,820.47 | 14,190.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 151,111.57 | 152,454.10 | 137,472.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $490,505.42 | $625,597.54 | $382,038.64 | $24,935.76 |

4) This case was originally filed under Chapter 7 on January 26, 2012. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2014          By: /s/MEGAN G. HEEG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 7,143.48 |
| Nicor Security Deposit refund | 1290-000 | 32.71 |
| Accounts Receivable | 1121-000 | 13,009.97 |
| Accounts Receivable | 1121-000 | 4,749.60 |
| **TOTAL GROSS RECEIPTS** | | **$24,935.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,243.58 | 3,243.58 | 3,243.58 |
| MEGAN G. HEEG | 2200-000 | N/A | 26.37 | 26.37 | 26.37 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,431.25 | 3,431.25 | 3,431.25 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 565.75 | 565.75 | 565.75 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 2,616.00 | 2,616.00 | 2,616.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.49 | 47.49 | 47.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.87 | 55.87 | 55.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.67 | 50.67 | 50.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.89 | 48.89 | 48.89 |
| Rabobank, N.A. | 2600-000 | N/A | 37.78 | 37.78 | 37.78 |
| Rabobank, N.A. | 2600-000 | N/A | 33.01 | 33.01 | 33.01 |
| Internal Department of Revenue | 2820-000 | N/A | 311.00 | 311.00 | 311.00 |
| Rabobank, N.A. | 2600-000 | N/A | 34.10 | 34.10 | 34.10 |
| Rabobank, N.A. | 2600-000 | N/A | 37.15 | 37.15 | 37.15 |
| Rabobank, N.A. | 2600-000 | N/A | 35.93 | 35.93 | 35.93 |
| Rabobank, N.A. | 2600-000 | N/A | 32.41 | 32.41 | 32.41 |
| Rabobank, N.A. | 2600-000 | N/A | 38.14 | 38.14 | 38.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,745.39 | $10,745.39 | $10,745.39 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 5800-000 | 28,150.84 | 32,517.34 | 32,517.34 | 0.00 |
| 2 | Department of the Treasury | 5800-000 | 48,887.72 | 48,887.72 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | | | |
|---|---|---|---|---|---|---|
| 3 | Department of the Treasury | 5800-000 | 40,993.97 | 40,993.97 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 5800-000 | 8,658.20 | 8,658.20 | 0.00 | 0.00 |
| 5 | Illinois Department of Employment Security | 5800-000 | N/A | 20,739.32 | 0.00 | 0.00 |
| 6 | Iowa Department of Revenue | 5800-000 | 7,940.71 | 7,940.71 | 0.00 | 0.00 |
| 7 | Department of the Treasury | 5800-000 | 5,871.69 | 5,871.69 | 0.00 | 0.00 |
| 8 | Iowa Department of Unemployment | 5800-000 | 17,045.40 | 17,045.40 | 17,045.40 | 0.00 |
| 9 | Indiana Department of Workforce | 5800-000 | 36.46 | 36.46 | 36.46 | 0.00 |
| 10 | Wisconsin Department of Workforce | 5800-000 | 498.96 | 498.96 | 0.00 | 0.00 |
| 14P | Department of the Treasury | 5800-000 | N/A | 83,038.00 | 0.00 | 0.00 |
| 14P-2 | Department of the Treasury | 5800-000 | N/A | 83,038.00 | 83,038.00 | 0.00 |
| 15P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 7,781.36 | 7,781.36 | 0.00 |
| 17 | State of Wisconsin, DWD | 5800-000 | N/A | 1,064.57 | 1,064.57 | 0.00 |
| 18P | Chicago Regional Council of Carpenters | 5400-000 | 42,525.73 | 22,540.27 | 22,540.27 | 3,385.06 |
| 19 | Iowa Department of Revenue | 5800-000 | N/A | 10,933.79 | 0.00 | 0.00 |
| 19 -2 | Iowa Department of Revenue | 5800-000 | N/A | 10,513.57 | 10,513.57 | 0.00 |
| 22 | Contruction Industry Welfare & | 5400-000 | 3,211.12 | 1,535.32 | 1,535.32 | 230.58 |
| 24P | Chicago Painters and Decorators Fringe Benefit | 5400-000 | N/A | 20,043.54 | 20,043.54 | 3,010.09 |
| 27P | Painters' District Council No.30 | 5400-000 | N/A | 14,977.83 | 14,977.83 | 2,249.34 |
| 28P | Painters' District Council No.30 | 5400-000 | 80,755.05 | 13,722.70 | 13,722.70 | 2,060.84 |
| 29P | PDC No. 30 Joint Apprenticeship and Training | 5400-000 | N/A | 1,943.12 | 1,943.12 | 291.81 |
| 30P | PDC No. 30 Labor Mgmt Industry Developmt Fund | 5400-000 | N/A | 753.07 | 753.07 | 113.09 |
| 31P | I.U.P.A.T. Labor Management Fund | 5400-000 | N/A | 167.36 | 167.36 | 25.13 |
| 32P | District Council No. 30 Int'l Union | 5300-000 | N/A | 2,672.49 | 2,672.49 | 2,672.49 |
| 33P | Northern Illinois Painting and Drywall Institute | 5400-000 | N/A | 1,011.76 | 1,011.76 | 151.94 |
| 34 | Illinois Department of Revenue Bankruptcy Section | 5200-000 | N/A | 1,015.22 | 0.00 | 0.00 |
| 34P-2 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 895.66 | 895.66 | 0.00 |
| 35P | Wisconsin Department of Revenue | 5800-000 | N/A | 1,560.65 | 1,560.65 | 0.00 |
| NOTFILED | Frank S Dunbar | 5200-000 | 54,818.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$339,393.85** | **$462,398.05** | **$233,820.47** | **$14,190.37** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Reinke Gypsum Supply Co., Inc. | 7100-000 | 497.64 | 497.64 | 497.64 | 0.00 |
| 12 | Reinke Gypsum Supply Co., Inc. | 7100-000 | N/A | 841.58 | 841.58 | 0.00 |
| 13 | Pro Fastening Systems, Inc. | 7100-000 | 1,166.67 | 1,166.67 | 1,166.67 | 0.00 |
| 14U | Department of the Treasury | 7100-000 | N/A | 14,981.32 | 0.00 | 0.00 |
| 14U-2 | Department of the Treasury | 7100-000 | N/A | 14,981.32 | 14,981.32 | 0.00 |
| 15U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 876.84 | 876.84 | 0.00 |
| 16 | American Express Bank, FSB | 7100-000 | 1,628.52 | 1,628.52 | 1,628.52 | 0.00 |
| 18U | Chicago Regional Council of Carpenters | 7100-000 | N/A | 16,572.93 | 16,572.93 | 0.00 |
| 20 | GreenSky Trade Credit LLC | 7100-000 | 3,948.56 | 4,130.19 | 4,130.19 | 0.00 |
| 21 | GreenSky Trade Credit LLC | 7100-000 | N/A | 1,372.73 | 1,372.73 | 0.00 |
| 23 | Platte River Insurance Company | 7100-000 | N/A | 10,079.89 | 10,079.89 | 0.00 |
| 24U | Chicago Painters and Decorators Fringe Benefit | 7100-000 | unknown | 36,924.51 | 36,924.51 | 0.00 |
| 25 | Central Illinois Carpenters Health & Welfare Trust | 7100-000 | N/A | 9,096.05 | 9,096.05 | 0.00 |
| 26 | Cavanagh & O'Hara LLP | 7100-000 | 34,682.22 | 18,930.27 | 18,930.27 | 0.00 |
| 27U | Painters' District Council No.30 | 7100-000 | N/A | 11,784.83 | 11,784.83 | 0.00 |
| 28U | Painters' District Council No.30 | 7100-000 | N/A | 3,814.24 | 3,814.24 | 0.00 |
| 29U | PDC No. 30 Joint Apprenticeship and Training | 7100-000 | N/A | 1,087.14 | 1,087.14 | 0.00 |
| 30U | PDC No. 30 Labor Mgmt Industry Developmt Fund | 7100-000 | N/A | 490.81 | 490.81 | 0.00 |
| 31U | I.U.P.A.T. Labor Management Fund | 7100-000 | N/A | 104.25 | 104.25 | 0.00 |
| 32U | District Council No. 30 Int'l Union | 7100-000 | N/A | 1,618.53 | 1,618.53 | 0.00 |
| 33U | Northern Illinois Painting and Drywall Institute | 7100-000 | N/A | 627.43 | 627.43 | 0.00 |
| 34U-2 | Illinois Department of Revenue Bankruptcy Section | 7200-000 | N/A | 119.56 | 119.56 | 0.00 |
| 35U | Wisconsin Department of Revenue | 7200-000 | N/A | 726.85 | 726.85 | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank S Dunbar | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 5.61 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bankruptcy Department | 7100-000 | 2,538.64 | N/A | N/A | 0.00 |
| NOTFILED | GreenSky Trade Credit | 7100-000 | 1,221.91 | N/A | N/A | 0.00 |
| NOTFILED | Hinshaw & Culbertson, LLP | 7100-000 | 8,150.88 | N/A | N/A | 0.00 |
| NOTFILED | Hinkley Springs | 7100-000 | 20.88 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | LTD Commodities | 7100-000 | 301.73 | N/A | N/A | 0.00 |
| NOTFILED | J.C. Licht/Epco | 7100-000 | 1,424.24 | N/A | N/A | 0.00 |
| NOTFILED | Tnemec Company, Inc. | 7100-000 | 886.32 | N/A | N/A | 0.00 |
| NOTFILED | The Sherwin-Williams Co. Accounts Receivable Dept. | 7100-000 | 4,177.96 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 152.72 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc | 7100-000 | 8,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Reinke Interior Supply Co., Inc. | 7100-000 | 841.58 | N/A | N/A | 0.00 |
| NOTFILED | Wright Express Fleet Services | 7100-000 | 1,267.81 | N/A | N/A | 0.00 |
| NOTFILED | Reed Construction Data | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of James T. Moczydlowski | 7100-000 | 15,427.74 | N/A | N/A | 0.00 |
| NOTFILED | Just Rite Acoustics, Inc. | 7100-000 | 4,429.00 | N/A | N/A | 0.00 |
| NOTFILED | McKee Printing | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | BHFX Digital Imaging | 7100-000 | 56.73 | N/A | N/A | 0.00 |
| NOTFILED | JHP Drywall Scrapping | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 355.00 | N/A | N/A | 0.00 |
| NOTFILED | Aerial Work Platforms, Inc. | 7100-000 | 799.46 | N/A | N/A | 0.00 |
| NOTFILED | Badgerland Supply Inc. | 7100-000 | 4,077.80 | N/A | N/A | 0.00 |
| NOTFILED | B&L Blueprint | 7100-000 | 1,185.06 | N/A | N/A | 0.00 |
| NOTFILED | American Marketing & Publishing | 7100-000 | 1,457.75 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 127.47 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Bankruptcy Department | 7100-000 | 1,047.43 | N/A | N/A | 0.00 |
| NOTFILED | Ames Drywall Finishing Tools | 7100-000 | 211.07 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 361.80 | N/A | N/A | 0.00 |
| NOTFILED | Five River Carpenters Funds | 7100-000 | 1,307.37 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $151,111.57 | $152,454.10 | $137,472.78 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/26/12 (f)  
**§341(a) Meeting Date:** 04/30/12  

**Period Ending:** 01/15/14  

**Claims Bar Date:** 08/08/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase Bank - checking<br>Orig. Asset Memo: Orig. Description: Chase Bank - checking - Negative balance | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Landlord - security deposit<br>Orig. Asset Memo: Orig. Description: Landlord - security deposit | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable<br>Tri-North Builders A/R  [Note to file, split out A/R into 3 separate assets --this asset and assets 9 and 10) | 31,201.25 | 7,143.48 | | 7,143.48 | FA |
| 4 | 2 desks, 1 computer, 2 file cabinets, phone syst<br>Orig. Asset Memo: Orig. Description: 2 desks, 1 computer, 2 file cabinets, phone system | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 2 paint sprayers, ladders, scaffolding, drop clo<br>Orig. Asset Memo: Orig. Description: 2 paint sprayers, ladders, scaffolding, drop cloths, brushes & rollers, misc paints & materials | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Misc bolts, screws, and drywall fasteners<br>Orig. Asset Memo: Orig. Description: Misc bolts, screws, and drywall fasteners | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Steel framing members<br>Orig. Asset Memo: Orig. Description: Steel framing members | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Nicor Security Deposit refund  (u) | 0.00 | 32.71 | | 32.71 | FA |
| 9 | Accounts Receivable<br>Osman Construction (originally disclosed as part of asset 3) | 0.00 | 13,009.97 | | 13,009.97 | FA |
| 10 | Accounts Receivable<br>Ringland-Johnson (originally disclosed as part of asset 3) | 0.00 | 4,749.60 | | 4,749.60 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$33,751.25** | **$24,935.76** | | **$24,935.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/26/12 (f)  
**§341(a) Meeting Date:** 04/30/12  

**Period Ending:** 01/15/14  
**Claims Bar Date:** 08/08/12  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 30, 2013  **Current Projected Date Of Final Report (TFR):** August 16, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Taxpayer ID #:** **-***6069  
**Period Ending:** 01/15/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/12 | {8} | Nicor | Return of deposit | 1290-000 | 32.71 | | 32.71 |
| 05/01/12 | {3} | Tri-North Builders | A/R collection | 1121-000 | 7,143.48 | | 7,176.19 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,151.19 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,126.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,101.19 |
| 08/27/12 | {10} | Ringland-Johnson Construction Company | Accounts receivable collection | 1121-000 | 4,749.60 | | 11,850.79 |
| 08/29/12 | {9} | Osman Construction Company | Accounts receivable collection | 1121-000 | 13,009.97 | | 24,860.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,835.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.49 | 24,788.27 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.87 | 24,732.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.67 | 24,681.73 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.89 | 24,632.84 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 24,632.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,935.76 | 24,935.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,632.84 | |
| | | | **Subtotal** | | 24,935.76 | 302.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,935.76** | **$302.92** | |

{} Asset reference(s)

Printed: 01/15/2014 04:18 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Taxpayer ID #:** **-***6069  
**Period Ending:** 01/15/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****156365 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,632.84 | | 24,632.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 24,595.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.01 | 24,562.05 |
| 03/14/13 | 11001 | Internal Department of Revenue | State of IL  income taxes | 2820-000 | | 311.00 | 24,251.05 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.10 | 24,216.95 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.15 | 24,179.80 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.93 | 24,143.87 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.41 | 24,111.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.14 | 24,073.32 |
| 08/08/13 | 11002 | Carl C. Swanson, CPA | accountant fees per court order dated 7/24/13 | 3410-000 | | 2,616.00 | 21,457.32 |
| 10/17/13 | 11003 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,431.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,431.25 | 18,026.07 |
| 10/17/13 | 11004 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $565.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 565.75 | 17,460.32 |
| 10/17/13 | 11005 | District Council No. 30 Int'l Union | Dividend paid 100.00% on $2,672.49; Claim# 32P; Filed: $2,672.49; Reference: | 5300-000 | | 2,672.49 | 14,787.83 |
| 10/17/13 | 11006 | Chicago Regional Council of Carpenters | Dividend paid  15.01% on $22,540.27; Claim# 18P; Filed: $22,540.27; Reference: X4201 | 5400-000 | | 3,385.06 | 11,402.77 |
| 10/17/13 | 11007 | Contruction Industry Welfare & | Dividend paid  15.01% on $1,535.32; Claim# 22; Filed: $1,535.32; Reference: | 5400-000 | | 230.58 | 11,172.19 |
| 10/17/13 | 11008 | Chicago Painters and Decorators Fringe Benefit Fun | Dividend paid  15.01% on $20,043.54; Claim# 24P; Filed: $20,043.54; Reference: | 5400-000 | | 3,010.09 | 8,162.10 |
| 10/17/13 | 11009 | Painters' District Council No.30 | Dividend paid  15.01% on $14,977.83; Claim# 27P; Filed: $14,977.83; Reference: | 5400-000 | | 2,249.34 | 5,912.76 |
| 10/17/13 | 11010 | Painters' District Council No.30 | Dividend paid  15.01% on $13,722.70; Claim# 28P; Filed: $13,722.70; Reference: Stopped on 10/25/13 | 5400-000 | | 2,060.84 | 3,851.92 |
| 10/17/13 | 11011 | PDC No. 30 Joint Apprenticeship and Training Fund | Dividend paid  15.01% on $1,943.12; Claim# 29P; Filed: $1,943.12; Reference: | 5400-000 | | 291.81 | 3,560.11 |
| 10/17/13 | 11012 | PDC No. 30 Labor Mgmt Industry Developmt Fund | Dividend paid  15.01% on $753.07; Claim# 30P; Filed: $753.07; Reference: | 5400-000 | | 113.09 | 3,447.02 |
| 10/17/13 | 11013 | I.U.P.A.T. Labor Management Fund | Dividend paid  15.01% on $167.36; Claim# 31P; Filed: $167.36; Reference: | 5400-000 | | 25.13 | 3,421.89 |
| 10/17/13 | 11014 | Northern Illinois Painting and Drywall Institute | Dividend paid  15.01% on $1,011.76; Claim# 33P; Filed: $1,011.76; Reference: | 5400-000 | | 151.94 | 3,269.95 |
| 10/17/13 | 11015 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE | | | 3,269.95 | 0.00 |

Subtotals :         $24,632.84         $24,632.84

{} Asset reference(s)                                                                                      Printed: 01/15/2014 04:18 PM    V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-80242  
**Case Name:** SELECT PAINTING & DRYWALL COMPANY  

**Taxpayer ID #:** **-***6069  
**Period Ending:** 01/15/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****156365 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COMPENSATION, EXPENSES AND INTEREST | | | | |
| | | | Dividend paid 100.00%   3,243.58 on $3,243.58; Claim# ; Filed: $3,243.58 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   26.37 on $26.37; Claim# ; Filed: $26.37 | 2200-000 | | | 0.00 |
| 10/25/13 | 11010 | Painters' District Council No.30 | Dividend paid 15.01% on $13,722.70; Claim# 28P; Filed: $13,722.70; Reference: Stopped: check issued on 10/17/13 | 5400-000 | | -2,060.84 | 2,060.84 |
| 10/25/13 | 11016 | Painters' District Council No.30 | | 5400-000 | | 2,060.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,632.84 | 24,632.84 | **$0.00** |
| | | | Less: Bank Transfers | | 24,632.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,632.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,632.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******00-65 | 24,935.76 | 302.92 | 0.00 |
| Checking # ****156365 | 0.00 | 24,632.84 | 0.00 |
| | **$24,935.76** | **$24,935.76** | **$0.00** |

{} Asset reference(s)                                    Printed: 01/15/2014 04:18 PM    V.13.14